UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARIA PUENTES,<br><br>    Defendants. | NO. CR-07-117-RHW-3<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER ALLOWING DEFENDANT TO TRAVEL TO MEXICO** |

Before the Court is Defendant's Motion for Court Order Allowing Defendant to Travel to Mexico (Ct. Rec. 297). A hearing on the motion was held on October 28, 2008, in Yakima, Washington. Defendant was present and represented by Patrick True. The Government was represented telephonically by Assistant United States Attorney Jill Bolton. This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED:**

  1.   Defendant's Motion for Court Order Allowing Defendant to Travel to Mexico (Ct. Rec. 297) is **GRANTED**.

  2.   The conditions of release are modified to permit Defendant to travel to Mexico between November 15, 2008, and December 26, 2008.

  3.   The United States Probation Office is directed to return Defendant's passport to her.

  4.   Defendant shall report to the United States Probation Office upon

**ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER ALLOWING DEFENDANT TO TRAVEL TO MEXICO ~ 1**

return, and no later than January 5, 2009.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and the United States Probation Office.

**DATED** this 31st day of October, 2008.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CRIMINAL\2007\07-117\Puentes\grant.wpd

**ORDER GRANTING DEFENDANT'S MOTION FOR COURT ORDER ALLOWING DEFENDANT TO TRAVEL TO MEXICO ~ 2**